**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Delio Gomez          JOINT DEBTOR:                          CASE NO.:
Last Four Digits of SS# 4035          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 400.66   for months  1 to  60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650  TOTAL PAID $ 1500  Balance Due $ 2150
    payable $ 215 /month (Months  1 to  10 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                                  Arrearage on Petition Date  $
Address:                                 Arrears Payment    $          /month (Months       to      )
                                         Regular Payment   $          /month (Months       to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                     Total Due $
    Payable   $          /month (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $ 145.60/month (Months 1 to  10 ) and Pay $ 360.60/month (Months 11 to  60 ) .

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors BMW Financial Services, Chase Mortgage and Santander Consumer USA and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 5-19-2015                                      Date:

LF-31 (rev. 01/08/10)