## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st amended

DEBTOR: Delio Gomez        JOINT DEBTOR:                    CASE NO.: 15-19103-RAM
Last Four Digits of SS# 4035        Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 204.81 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150
        payable $ 107.50 /month (Months 1 to 20)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                            Arrearage on Petition Date  $
Address:                           Arrears Payment    $        /month (Months    to    )
                                   Regular Payment    $        /month (Months    to    )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due $
              Payable  $        /month (Months    to    ) Regular Payment $

Unsecured Creditors: Pay $ 76.83 /month (Months 1 to 20) and Pay $ 184.33 /month (Months 21 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors BMW Financial Services, Chase Mortgage and Santander Consumer USA and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                          Joint Debtor
Date: 6-18-2015                                  Date:

LF-31 (rev. 01/08/10)