UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Delio Guillermo Gomez               Case No:  15-19103-RAM
                                              Chapter 13
               Debtor            /

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, the debtor, Delio Guillermo Gomez, by and through their undersigned counsel and files his Response to Trustee's Motion to Dismiss Case [ECF#33]. In support thereof, the debtor states the following:

1. Debtor filed for Chapter 13 Relief on May 19, 2015.
2. On or about July 23, 2015, the Debtor's First amended plan was confirmed.
3. On or about September 3, 2015, Creditor, Department of Revenue - Child Support Enforcement Division, filed a proof of claim #12 for child support arrearage.
4. On or about March 17, 2015, the Trustee filed a Motion to Dismiss Case for not providing for said claim.
5. On or about April 18, 2016, the Creditor amended their proof of claim #12 and reduced the total amount to $0.00.
6. The Debtor requests that the Trustee withdraw her Motion to Dismiss Case since the claim is now at $0.00 or in the alternative, requests for this Honorable Court to deny the Trustee's Motion.

WHEREFORE, the debtor, prays that this Honorable Court denies the Trustee's Motion to Dismiss Case.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent to Trustee Nancy K. Neidich via CM/ECF and to the Debtor, Delio Guillermo Gomez, 12250 SW 190th Terrace, Miami, FL 33177-3810 via regular mail on April 18, 2016.

        Respectfully Submitted,

        **Robert Sanchez, P.A.**
        Attorney for Debtor
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        Fax. 305-512-9701
        E-mail: court@bankruptcyclinic.com