**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**1st Modified Plan**

DEBTOR: Delio Gomez          JOINT DEBTOR:                          CASE NO.: 15-19103-RAM
Last Four Digits of SS# 4035          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 215.12  for months 1 to 19; in order to pay the following creditors:
  B.  $ 225.98  for months 20 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650+$525 Motion to Modify = 4175 TOTAL PAID $ 1500
                   Balance Due $ 2675
                   payable $ 107.50/month (Months 1 to 19); payable $ 158.13/month (Months 20 to 23)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                           Arrearage on Petition Date  $
Address:                          Arrears Payment   $_____/month (Months ____ to ____)
                                  Regular Payment   $_____/month (Months ____ to ____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due  $_____
                           Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 87.42/month (Months 1 to 19) Pay $ 45.25/month (Months 20 to 23) and Pay $ 203.38/month (Months 24 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors BMW Financial Services, Chase Mortgage and Santander Consumer USA and will continue to pay said creditors directly outside the chapter 13 plan.

Debtor is not the owner of the Suzuki motorcycle financed with Cavalry Spv I, LLC / CAPITAL ONE, N.A. The owner according to the title on POC#17-1 is Jose Consuegra. The Debtor only served as a co-signer in order to allow Mr. Consuegra to finance the collateral and Debtor has never paid for the vehicle. The Debtor surrenders and abandons all interest, if any, in the motorcycle.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/Robert Sanchez, Esq.                               _____
Attorney for the Debtor                                    Joint Debtor
Date: 01/06/2017                                           Date:

LF-31 (rev. 01/08/10)