

**ORDERED in the Southern District of Florida on March 23, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 15-19103-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

DELIO GUILLERMO GOMEZ

DEBTOR_____/

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

**THIS CASE** came to be heard on March 14, 2017 for the Trustee's Motion to Dismiss and based on the record

**ORDERED AS FOLLOWS:**

1. The Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

###

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
DELIO GUILLERMO GOMEZ
12250 SW 190TH TERRACE
MIAMI, FL 33177-3810

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49 STREET
HIALEAH, FL 33012

**ROBERT SANCHEZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES, IMMEDIATELY UPON RECEIPT THEREOF.